

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

NICHOLAS J. HIRSCH,

        Plaintiff,

    -v-

STATE OF NEW YORK, NYS DEPARTMENT OF
MOTOR VEHICLES, MONROE COUNTY
DEPARTMENT OF PROBATION ET. ALL,
ROCHESTER CITY POLICE DEPARTMENT &
SOUTHEAST NEIGHBORHOOD SERVICE CENTER
OFFICERS ADORANTE, BRIAN BANNERMAN,
BRADY, NATHAN CORNELL, MICHAEL DECOCQ,
ANGELO DELVECCHIO, MICHAEL GIANCURSCIO,
JOSEPH GRAHAM, ROBERT HANKES, MICHAEL
JOHNSON, SHAWN JORDANS, S. LEDDON,
MICHAEL MELSON, MINNICK, SAMUEL OGNIBENE,
AARON POLITO, JOEL WITTMAN, AARON WILCOX,
JOHN DOE 1, JOHN DOE 2, JOHN DOE 3,
JOHN DOE 4, JOHN DOE 5, COMMAND
PERSONNEL SERGEANT DANIEL BERARDINI,
SGT. EMANUEL PEREZ, SGT. ROBERT WETZEL,
LIEUTENANT JEFFREY KOEHN, LIEUTENANT
MICHAEL R. LESNIAK, LIEUTENANT WILLIAM
JOHNSON, DETECTIVE PAUL WALTER, DETECTIVE
DOUGLAS BOCARDO, FORMER CHIEF DEPUTY
GEORGE E. MARKERT, FORMER CHIEF POLICE
DAVID MOORE, CHIEF OF POLICE JAMES
SHEPPARD, Southeast Neighborhood Service
Center PETER SAXE, Rochester City Municipal Code
Violations Bureau JACQUELINE LAMARR JACKSON,
Director JACQUELINE WHITFIELD, NYS Department
of Motor Vehicles Commissioners DAVID J. SWARTS,
REGINA COLLINS and JOHN DOE 6,

        Defendants.

DECISION AND ORDER
11-CV-6381CJS(P)

_____

    **Siragusa, J.** By Order dated May 31, 2012, this action was dismissed with prejudice. The Order was specific in directing that plaintiff will not be allowed to further

amend his complaint. ECF No. 65. Thereafter, on June 8, 2012, plaintiff purported to file a document entitled "Amended Notice of Claim." ECF No. 67. Plaintiff's purported "Amended Notice of Claim," June 8, 2012, ECF No. 67, is hereby stricken.

The Court certifies, pursuant to 28 U.S.C. § 1915(a), that any appeal from this Order would not be taken in good faith and leave to appeal to the Court of Appeals as a poor person is denied.

SO ORDERED.

Dated: June 12, 2012
Rochester, New York

*Charles Siragusa*
CHARLES J. SIRAGUSA
United States District Judge