

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS J. HIRSCH,

        Plaintiff,

-v-

                            DECISION AND ORDER
                            11-CV-6381CJS(P)

STATE OF NEW YORK, et al.

        Defendants.

By Order dated May 31, 2012, this action was dismissed with prejudice. The Order was specific in directing that plaintiff will not be allowed to further amend his complaint (Docket # 65). Thereafter, on June 8, 2012, plaintiff filed a document entitled "Amended Notice of Claim" (Docket # 67). Docket # 67 was duly stricken. On August 28, 2012 plaintiff filed another document entitled "Additional Exhibits" (Docket # 71).

Docket # 71 is hereby stricken. Plaintiff is prohibited from filing any further papers not specifically allowed by the Federal Rules of Civil Procedure once a case has been dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a), that any appeal from this Order would not be taken in good faith and leave to appeal to the Court of Appeals as a poor person is denied.

SO ORDERED.

Dated: September 11, 2012
             Rochester, New York

                                                                   Charles Siragusa
                                                                   CHARLES J. SIRAGUSA
                                                                   United States District Judge